UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIEN LE,

                Plaintiffs,

    v.

TRINH NGOC HUYNH, et al.,

                Defendants.

Case No. 23-cv-00914-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 1/5/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 1/15/2024.

DESIGNATION OF EXPERTS: 1/15/2024; REBUTTAL: 1/31/2024;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 2/23/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by; 3/1/2024;
    Opp. Due: 3/15/2024; Reply Due: 3/22/2024;
    and set for hearing no later than 4/5/2024 at 10:00 AM.

PRETRIAL PAPERWORK DUE: 4/30/2024
PRETRIAL CONFERENCE DATE: 5/14/2024 at 1:30 PM.

BENCH TRIAL DATE: 5/20/2024 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 2 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

1  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: September 15, 2023

_____
SUSAN ILLSTON
United States District Judge