UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEN LE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRINH NGOC HUYNH, et al.,<br><br>　　　　　　Defendants. | Case No. 23-cv-00914-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS AND VACATING TRIAL**<br><br>Re: Dkt. No. 58 |

　　　　On May 14, 2024, the day pretrial paperwork was due for the June 10, 2024 bench trial, plaintiff filed a motion for voluntary dismissal. On May 17, 2024 the Court held a status conference with the parties and on May 30, 2024 the parties attended a second settlement conference. The case did not settle.

　　　　The Court now issues this Order to set a new briefing schedule and hearing date for plaintiff's motion to dismiss. Defendants are to file their opposition to plaintiff's motion by **June 12, 2024**.[1] Plaintiff is to file his reply by **June 19, 2024**. A hearing on the motion is set for **June 28, 2024 at 10 AM**.

　　　　The bench trial set for June 10, 2024 is hereby VACATED.

　　　　**IT IS SO ORDERED**.

Dated: May 31, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

　　[1] Defendants filed a brief opposition to plaintiff's motion on May 16, 2024 on short Court notice. *See* Dkt. No. 60. Now that the Court will formally hear the motion, defendants are given additional time to respond.